[Civ. No. 2662.   Fourth Dist.—May 9, 1941.]

A. L. TIGHE, Respondent, v. EDWIN H. VAIL, Appellant.

John J. Beck for Appellant.

Arthur G. Baker and Joseph A. Ball for Respondent.

MARKS, J.—This is a motion to dismiss an appeal from a judgment entered on December 13, 1940.

There is nothing on file here except the moving papers which include a certificate of the county clerk of Orange County. It appears that a motion for new trial was denied on January 21, 1941. Notice of denial of the motion was served on January 22, 1941, and filed on January 23, 1941. A motion to terminate proceedings for the preparation of a record on appeal was granted by the trial judge on March 28, 1941. Under these facts the motion to dismiss must be granted. (*Wright* v. *Wright,* 43 Cal. App. (2d) 46 [110 Pac. (2d) 88].)

The appeal is dismissed.

Barnard, P. J., and Griffin, J., concurred.